## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **ANGEL J. NEGRON,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> vs. <br><br> **ASCENSION HEALTH** <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) <br> **Case No.: 4:24-cv-0669** |

### ENTRY OF APPEARANCE

COMES NOW attorney T. J. Jesky of the Law Offices of T. J. Jesky and hereby enters his appearance as counsel for all Plaintiffs in the above-captioned matter.

Dated:  May 14, 2024                                                Respectfully submitted,

/s/  T. J. Jesky
T. J. Jesky
(Illinois Bar No.: 6235691)
Law Offices of T. J. Jesky
205 N. Michigan Avenue, Suite 810
Chicago, IL  60601-5902
tj@jeskylaw.com
Telephone:  312-894-0130, Ext. 3
Fax:  312-489-8216

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all parties of record will receive notice of the foregoing via this Court's electronic filing system on this 14th day of May, 2024.

/s/  T. J. Jesky