## EXHIBIT A

| Court | Date of Admission | Bar Number |
|---|---|---|
| State Bar of Connecticut | December 7, 1990 | 403197 |
| State Bar of New York | February 27, 1991 | 2388494 |
| United States District Court for the Southern District of New York | November 5, 1991 | BM 9954 |
| United States District Court for the Eastern District of New York | November 13, 1991 | BM 9954 |
| United States District Court for the Eastern District of Michigan | June 24, 1998 | N/A |
| United States District Court for the District of Nebraska | April 19, 1990 | N/A |
| United States District Court for the District of Connecticut | December 5, 2003 | CT 25372 |
| United States District Court for the Eastern District of Arkansas | March 2011 | 2388494 |
| United States District Court for the Western District of Arkansas | March 2011 | 2388494 |
| United States Court of Appeals for the Second Circuit | September 12, 1997 | 97-611 |
| United States Court of Appeals for the First Circuit | February 16, 2000 | 65610 |
| United States Court of Appeals for the Fifth Circuit | June 15, 2000 | N/A |
| United States Court of Appeals for the Ninth Circuit | July 2, 2002 | N/A |
| Supreme Court of the United States | June 6, 2016 | 298653 |