# EXHIBIT A

| GARY M. KLINGER | | | |
|---|---|---|---|
| Court: | ` | Date of Admission: | Bar No. |
| State Bar of Illinois | Ill. Bar | 11/4/2010 | 6303726 |
| U.S. District Court for the District of Colorado | D. Colo. | 9/23/2019 | |
| U.S. District Court for the Central District of Illinois | C.D. Ill. | 7/2015 | |
| U.S. District Court for the Northern District of Illinois | N.D. Ill. | 5/25/2012 | 6303726 |
| U.S. District Court for the Southern District of Illinois | S.D. Ill. | 12/30/2020 | |
| U.S. District Court for the Northern District of Indiana | N.D. Ind. | 1/30/2020 | |
| U.S. District Court for the Southern District of Indiana | S.D. Ind. | 3/21/2019 | 6303726 |
| U.S. District Court for the Eastern District of Michigan | E.D. Mich. | 3/24/2020 | |
| U.S. District Court for the Western District of Michigan | W.D. Mich. | 1/17/2023 | |
| U.S. District Court for the District of Nebraska | D. Neb. | 8/20/2019 | |
| U.S. District Court for the Northern District of Ohio | N.D. Ohio | 5/23/2023 | |
| U.S. District Court for the Eastern District of Texas | E.D. Tex. | 10/11/2019 | |
| U.S. District Court for the Western District of Texas | W.D. Tex. | 2/13/2024 | |
| U.S. District Court for the Eastern District of Wisconsin | E.D. Wis. | 8/12/2021 | |
| U.S. Court of Appeals for the 2nd Circuit | 2d Cir. | 4/18/2022 | |