# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANGEL J. NEGRON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>ASCENSION HEALTH,<br><br>　　　　　Defendant. | Case No. 4:24-cv-0669-JAR |

## ENTRY OF APPEARANCE

Norman E. Siegel, of the law firm Stueve Siegel Hanson LLP, hereby enters his appearance as counsel of record on behalf of Plaintiffs and the proposed class in this action.

Dated: August 2, 2024　　　　　　　　**STUEVE SIEGEL HANSON LLP**

　　　　　　　　　　　　　　　　　　/s/ *Norman E. Siegel*
　　　　　　　　　　　　　　　　　　Norman E. Siegel, MO #44378
　　　　　　　　　　　　　　　　　　460 Nichols Road, Suite 200
　　　　　　　　　　　　　　　　　　Kansas City, Missouri 64112
　　　　　　　　　　　　　　　　　　Telephone: (816) 714-7100
　　　　　　　　　　　　　　　　　　Facsimile: (816) 714-7101
　　　　　　　　　　　　　　　　　　siegel@stuevesiegel.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, a copy of the foregoing was served by electronic means via the Court's CM/ECF System on all counsel registered to receive electronic notices.

/s/ *Norman E. Siegel*