# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANGEL J. NEGRON, individually and on behalf of all OTHERS similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASCENSION HEALTH,<br><br>Defendant. | Consolidated Case No. 4:24-CV-669-JAR<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE OF DAVID M. BERGER ON BEHALF OF PLAINTIFFS IN THE INSTANT CONSOLIDATED ACTION

On July 25, 2024, Honorable John A. Ross granted a Joint Motion to Consolidate 13 putative class actions[1] against Ascension Health pending in the Eastern District of Missouri [ECF No. 17], consolidating Case Numbers 4:24-cv-683, 4:24-cv-686, 4:24-cv-693, 4:24-cv-724, 4:24-cv727, 4:24-cv-748, 4:24-cv-821, 4:24-cv-837, 4:24-cv-870, 4:24-cv-905, 4:24-cv-933, and 4:24-cv-964 and reassigning the actions to the lowest-numbered case, 4:24-cv-669. (hereinafter, the "Consolidated Action").

To that end, David M. Berger enters his appearance as attorney of record on behalf of Plaintiffs and the proposed class in this action and asks that all future notices and pleadings filed in the Consolidated Action to be directed to him.

---

[1] The cases are *Negron v. Ascension Health*, 4:24-cv-00669; *Shuta v. Ascension Health*, 4:24-cv-00683; *McClellan v. Ascension Health*, 4:24-cv-00686; *L.S. v. Ascension Health*, 4:24-cv-00693; *Brown et al. v. Ascension Health*, 4:24-cv-00724; *Gounaris v. Ascension Health*, 4:24-cv-00727; *Radley v. Ascension Health*, 4:24-cv-00748; *Willis v. Ascension Health*, 4:24-cv-00821; *Gregg v. Ascension Health*, 4:24-cv-00837; *Croft v. Ascension Health*, 4:24-cv-00870; *Juracek v. Ascension Health*, 4:24-cv-00905; *Seney et al. v. Ascension Health*, 4:24-cv-00933; and *Hoskins v. Ascension Health*, 4:24-cv-00964.

Date: August 7, 2024

Respectfully submitted,

*/s/ David M. Berger*
David M. Berger
Linda P. Lam
Sarah E. Hillier
**GIBBS LAW GROUP LLP**
1111 Broadway, Ste. 2100
Oakland, CA 94607
Tel: 510-350-9700
dmb@classlawgroup.com
lpl@classlawgroup.com
seh@classlawgroup.com

*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on August 7, 2024, a true and correct copy of the foregoing was electronically filed with the ECF/CM Case Management System. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by the system.

Dated: August 7, 2024                                            */s/ David M. Berger*
                                                                         David M. Berger