**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

|  |  |
|---|---|
| ANGEL J. NEGRON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ASCENSION HEALTH, <br><br> Defendant. | Case No. 4:24-cv-00669-JAR |

## JOINT [PROPOSED] SCHEDULING PLAN

Plaintiffs Angel Negron, Michael Shuta, Christina McClellan, L.S., George Gounaris, Leah Willis, Sue Croft, Courtney Brown, Linda Sue Dunn, Vikesha Exford, Tiffany Farrand, Cheryl Hayes, Donald Pitchers, Mark Juracek, Jill Radley, Steven Gregg, Michele Rutherford, Daniel Brown, Iman Ayuk, Kerry Lovell, Richard Meade, Carson Seney, Brian Seney, Kara Seney, and Roxana Hoskins (collectively, "Plaintiffs") and Defendant Ascension Health, submit this Joint [Proposed] Scheduling Plan.

The Parties met and conferred on August 13, 2024, and respectfully propose the following scheduling plan:

1. **October 7, 2024** – Plaintiffs to file Consolidated Amended Complaint.

2. **November 21, 2024** – Defendant to file any Responsive Pleading or Motion.

3. **January 6, 2025** – Plaintiffs to file Opposition to Defendant's Responsive Pleading or Motion.

4.  **February 5, 2025** – Defendant to file Reply in Support of Responsive Pleading or

Motion.

/s/ J. Gerard Stranch IV
J. Gerard Stranch, IV, #23045 (TN)
**STRANCH, JENNINGS & GARVEY PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com

Norman E. Siegel, #44378 (MO)
**STUEVE SIEGEL LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

*Plaintiffs' Interim Co-Lead Counsel*


/s/ Devin S. Anderson
Devin S. Anderson
**KIRKLAND & ELLIS LLP**
95 South State Street
Salt Lake City, UT 84111
Tel: 801-877-8100
devin.anderson@kirkland.com

Martin L. Roth
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312-862-2000
rothm@kirkland.com

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2024, a copy of the foregoing was served by electronic means via the Court's CM/ECF System on all counsel registered to receive electronic notices.

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV