UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN          DIVISION

|  |  |  |
|---|---|---|
| ANGEL J. NEGRON | ) | |
| Plaintiff, | ) | |
|  | ) | |
| V. | ) | Case No. 4:24-cv-00669-JAR |
|  | ) | |
| ASCENSION HEALTH | ) | |
| Defendant. | ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, <u>Stephen R. Basser</u>, move to be admitted pro hac vice to the bar of this court for the purpose of representing <u>Plaintiff Mattie R. Boyden</u> in this matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

(a)     Full name of the movant-attorney;
         Stephen R. Basser
(b)     Name of the firm or letterhead under which the movant practices.  Include the address, telephone number and fax number of the firm;

         Name: <u>Barrack Rodos & Bacine</u>
         Address: <u>600 West Broadway, Suite 900</u>
         City, State Zip: <u>San Diego, CA 92101</u>
         Phone No.: <u>(619) 230-0800</u>
         Fax No.: <u>(619) 230-1874</u>

(c)     Email for movant-attorney;
         sbasser@barrack.com
(d)     Name of the law school(s) movant attended and the date(s) of graduation therefrom;
         Temple University School of Law, 1976
(e)     Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| **Jurisdiction** | **Yr. Admitted** | **Reg. Number** |
|---|---|---|
| See attached Exhibit A | | |
| | | |
| | | |

(f)     The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)     Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

*/s/ Stephen R. Basser*
Signature of Movant