**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| WILLIAM COTON, JENNIFER BUTLER, and TRAVIS BUTLER individually and on behalf of all others similarly situated, | ) |
| *Plaintiffs*, | ) |
| vs. | ) Case No: 4:24-cv-00669-JAR |
| ASCENSION HEALTH, | ) |
| *Defendant*. | ) |

## JOINT PROPOSED SCHEDULE FOR SUPPLEMENTAL BRIEFING

The Court directed the parties to submit a proposed schedule for supplemental briefing in *Coton* within 21 days of the Court's ruling on Ascension Health's motion to dismiss in *Negron v. Ascension Health*, 4:24-cv-00669-JAR (E.D. Mo.). ECF 67 at 3. In compliance with the Court's Order, counsel for Defendant Ascension Health and counsel for Plaintiffs William Coton, Jennifer Butler, and Travis Butler have met and conferred and now respectfully submit the following proposal.

The parties agree that the Court's ruling on the breach of implied contract, negligence, and unjust enrichment claims in *Negron* would likely produce the same result for *Coton* Plaintiffs' claims under District of Columbia law. The parties therefore agree that pursuant to the Court's ruling, the claims for negligence should proceed past the pleading stage while the claims for breach of implied contract and unjust enrichment should be dismissed. The parties propose to brief only Ascension Health's motion to dismiss Plaintiffs' claims of violation of the Stored Communications Act, 18 U.S.C. § 2701, *et seq*. and breach of fiduciary duty. As part of that motion, Ascension Health will stand on its prior arguments that Plaintiffs have not stated breach of implied contract,

negligence, and unjust enrichment claims, and Plaintiffs will stand on the *Negron* opposition. Under the Court's ruling in *Negron*, the breach of implied contract and unjust enrichment claims would be dismissed, and the negligence claim would proceed to discovery.

The parties propose the following briefing schedule for Ascension Health's motion to dismiss:

1. Ascension Health shall file its motion to dismiss and memorandum in support of that motion by December 23, 2025.
2. Plaintiffs shall file their response by January 23, 2026.
3. Ascension Health shall file its reply by February 20, 2026.

Dated: October 14, 2025

Respectfully submitted,

*/s/ Colleen A. Kinsey*

Timothy J. Gearin (#39133MO)
Maureen Bryan (#49454MO)
Collen A. Kinsey (#71972MO)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
(314) 621-5070
tgearin@atllp.com
mbryan@atllp.com
ckinsey@atllp.com
E-serveBTC@atllp.com

Martin L. Roth (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
rothm@kirkland.com

Devin S. Anderson (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
95 South State Street

Salt Lake City, UT 84111
(801) 877-8115
devin.anderson@kirkland.com

*Attorneys for Ascension Health*

*/s/ Jesenia A. Martinez*
Matthew J. Devoti (MO Bar No. 47751)
Matthew C. Casey (MO Bar No. 49662)
CASEY DEVOTI & BROCKLAND
5100 Dagget Avenue
St. Louis, Missouri 63110
mdevoti@caseydevoti.com
mcasey@caseydevoti.com

Jesenia A. Martinez*
**pro hac vice* forthcoming
WILSHIRE LAW FIRM, PLC
3055 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90010
T: (213) 381-9988
F: (213) 381-9989
E: thiago@wilshirelawfirm.com

*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF FILING**

The undersigned hereby certifies that the foregoing Joint Proposed Schedule for Supplemental Briefing was filed using the Court's electronic case filing system on October 14, 2025.

*/s/ Colleen A. Kinsey*