**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVSISION**

ANGEL JOEL GUSMAN NEGRON, et al.,

    Plaintiffs,

v.

    Case No.: 4:24-CV-00669-JAR

ASCENSION HEALTH, et al.,

    Defendants.

## [PROPOSED] STIPULATED SCHEDULING ORDER

Plaintiffs Angel Negron, Michael Darryl Cunningham, Christina McClellan, George Gounaris, Leah Willis, Alma Sue Croft, Courtney Brown, Linda Sue Dunn, Vikesha Exford, Cheryl Hayes, Donald Pitchers, Jr., Jill Radley, and Mattie Retha Boyden (collectively, "Plaintiffs") and Defendants Ascension Health, Ascension Health Alliance, and Ascension Health - IS, Inc. (collectively, "Defendants" and together with "Plaintiffs," "Parties") submit and respectfully propose the scheduling plan below.

Although the Court has not yet issued an Order requiring the parties to submit a joint proposed scheduling plan as contemplated in the Court's ruling on Defendants' motion to dismiss, ECF No. 74, in the interests of efficiency and coordination, the Parties submit this proposed scheduling plan so this case proceeds on a parallel schedule to *Collier v. Ascension Health*, No. 2422-CC01303 (St. Louis Cir. Ct.), a very similar case involving mirroring allegations concerning the May 2024 ransomware attack against Ascension Health and overlapping claims and issues.  In *Collier*, the parties are submitting a schedule parallel to the one outlined below; the

1

Parties here therefore ask that the Court enter their proposed scheduling order so that the litigation of this case and *Collier* is coordinated and proceeds efficiently.

| Event | Deadline |
|---|---|
| Initial Disclosures | January 14, 2026 |
| Parties file Joint Proposed ESI Protocol | January 14, 2026 |
| Add additional parties and/or amend pleadings | April 16, 2026 |
| Substantial completion of document production | May 22, 2026 |
| Fact Discovery Closes | July 24, 2026 |
| Motion to Certify Class and Disclosure of Plaintiffs' expert(s) and service of Expert Report(s) | September 25, 2026 |
| Response to Motion to Certify Class and Disclosure of Defendants' expert(s) and service of Expert Report(s) | November 13, 2026 |
| Reply in support of Motion to Certify Class and Disclosure of Plaintiffs' rebuttal expert(s) and service of their reports | December 18, 2026 |
| Expert Discovery ends | January 11, 2027 |
| Class Certification Hearing | TBD |
| Motion(s) for Summary Judgment | 30 days after issuance of an order on Plaintiffs' Motion for Class Certification |
| Response(s) to Motion(s) for Summary Judgment | 30 days after filing of Motion(s) for Summary Judgment |

| Reply(ies) in Support of Motion(s) for Summary Judgment | 20 days after filing of Response(s) to Motion(s) for Summary Judgment |
|---|---|
| Pretrial Order | TBD |
| Final Pretrial Conference | TBD |
| Trial Date | TBD |

Any Party may move to amend a deadline in this Order upon a showing of good cause or agreement of all Parties.  The Parties will separately prepare and submit a report as contemplated by Federal Rule of Civil Procedure 26(f) by January 15, 2026.

IT IS SO ORDERED, this _____ day of December 2025.

_____

Honorable John A. Ross
United States District Judge

3

Respectfully submitted by,

/s/ Norman E. Siegel
Norman E. Siegel #44378 (MO)
Tanner J. Edwards #68039 (MO)
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri
64112
Telephone: 816-714-7100
siegel@stuevesiegel.com
tanner@stuevesiegel.com

J. Gerard Stranch, IV*
Andrew Mize*
Grayson Wells (MO 73068)
**STRANCH, JENNINGS &
GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com
gwells@stranchlaw.com

*To Seek Pro Hac Vice Admission*

**Counsel for Plaintiffs and the Proposed
Class**

/s/ Colleen A. Kinsey
Timothy J. Gearin (#39133 MO)
Maureen Bryan (#49454 MO)
Colleen A. Kinsey (#71972 MO)
**ARMSTRONG TEASDALE
LLP**
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Tel: (314) 621-5070
Fax: (314) 237-1535
tgearin@atllp.com
mbryan@atllp.com
ckinsey@atllp.com
E-serveBTC@atllp.com

Martin L. Roth (admitted *pro hac
vice*)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: (312) 862-7170
rothm@kirkland.com

Devin S. Anderson (admitted *pro
hac vice*)
**KIRKLAND & ELLIS LLP**
95 South State Street
Salt Lake City, UT 84111
Tel: (801) 877-8115
devin.anderson@kirkland.com

**Counsel for Defendants**

4

5

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Proposed Stipulated Scheduling Order was served via the Court's electronic filing system on December 23, 2025 on all counsel of record.

/s/ *Colleen A. Kinsey*
Colleen A. Kinsey