UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGEL JOEL GUSMAN NEGRON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:24-CV-00669-JAR |
| ) | |
| ASCENSION HEALTH, et al., ) | |
| ) | |
| Defendant. ) | |

## CASE MANAGEMENT ORDER – TRACK 3: COMPLEX

This matter is before the Court following the parties' submission of a joint proposed scheduling plan. (Doc. 81). Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri,

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case:

### I. SCHEDULING ORDER

1. **Track**: This case is assigned to **Track 3 (Complex)**.

2. **Amendment/Joinder**: Motions to amend pleadings or join additional parties shall be filed by **April 16, 2026**.

3. **Discovery**: Discovery shall proceed in the following manner:

    a. The parties shall make all disclosures required by Fed. R. Civ. P. 26(a)(1) by **January 14, 2026**.

    b. Plaintiff shall disclose all expert witnesses and provide reports and summaries required by Fed. R. Civ. P. 26(a)(2)(B) and (C) by **September 25, 2026**.

    c. Defendants shall disclose all expert witnesses and provide corresponding reports and summaries by **November 13, 2026**.

    d. Plaintiffs shall disclose any rebuttal experts and provide corresponding reports and summaries by **December 18, 2026**.

    e.    Expert discovery shall be concluded by **January 11, 2027**.

    f.    The presumptive limits of ten (10) depositions per side as set forth in Fed. R. Civ. P. 30(a)(2)(A) and twenty-five (25) interrogatories per party as set forth in Fed. R. Civ. P. 33(a) shall apply.

    g.    Requests for physical or mental examinations pursuant to Fed. R. Civ. P. 35 are not anticipated in this case.

    h.    Fact discovery shall be completed by **July 24, 2026**.

    i.    Any motion to compel shall be pursued in a diligent and timely manner. Document production shall be substantially completed by **May 22, 2026**.

4. **ADR**: This matter may be referred to mediation upon request of the parties or by order of the Court at an appropriate time.

5. **Class Certification**: Plaintiffs' motion for class certification shall be filed by **September 25, 2026**. Defendant's response shall be filed by **November 13, 2026**. Plaintiffs' reply shall be filed by **December 18, 2026**.

6. **Dispositive Motions**: Motions for summary judgment shall be filed within **thirty (30) days** following the Court's order on class certification. Responses shall be filed within **thirty (30) days** thereafter. Replies shall be filed within **twenty (20) days** after the response.

7. **Exhibits**: Each exhibit filed with any motion must be labeled with a description, as required by Section II.F of the Court's CM/ECF Procedures Manual.

## II.    ORDER RELATING TO TRIAL

This action is set for a **JURY** trial on **November 8, 2027, at 9:00 a.m**.

**Unless otherwise ordered by the Court, the attorneys shall, not less than thirty (30) days prior to the date set for trial:**

1. **Stipulation:** Meet and jointly prepare and file a JOINT Stipulation of all uncontested facts, which may be read into evidence subject to any objections of any party set forth in

2

said stipulation (including a brief summary of the case which may be used on Voir Dire, if applicable).

2. **Witnesses:**

    a. File a list of all proposed witnesses, identifying those witnesses who will be called to testify and those who may be called.

    b. Except for good cause shown, no party will be permitted to call any witnesses not listed in compliance with this Order.

3. **Exhibits:**

    a. Mark for identification all exhibits to be offered in evidence at the trial (Plaintiffs to use Arabic numerals and defendants to use letters, e.g., Pltf-1, Deft.-A, or Pltf Jones-1, Deft Smith-A, if there is more than one plaintiff or defendant), and file a list of such exhibits, identifying those that will be introduced into evidence and those that may be introduced. The list shall clearly indicate for each business record whether the proponent seeks to authenticate the business record by affidavit or declaration pursuant to Fed. R. Evid. 902(11) or 902(12).

    b. Submit said exhibits or true copies thereof, and copies of all affidavits or declarations pursuant to Fed. R. Evid. 902(11) or 902(12), to opposing counsel for examination. Prior to trial, the parties shall stipulate which exhibits may be introduced without objection or preliminary identification and shall file written objections to all other exhibits.

    c. Except for good cause shown, no party will be permitted to offer any exhibits not identified or not submitted by said party for examination by opposing counsel in compliance with this Order. Any objections not made in writing and filed by the time of the final pretrial conference may be considered waived.

4. **Depositions, Interrogatory Answers, and Request for Admissions:**

    a. File a list of all interrogatory answers or parts thereof and depositions or parts thereof (identified by page and line numbers), and answers to requests for admissions proposed to be offered in evidence. Before the time of the final pretrial conference, opposing counsel shall file any objections to such testimony and shall identify any additional portions of such depositions not listed by the offering party which opposing counsel proposes to offer.

    b. Except for good cause shown, no party will be permitted to offer any interrogatory answer, or deposition or part thereof, or answer to a request for admissions not listed in compliance with this Order. Any objections not made as above required may be considered waived.

5. **Motions in Limine**: **At least fifteen (15) days before the pretrial conference**, file all motions in limine to exclude evidence. Responses shall be filed at least **seven (7) days** before the conference.

6. **Jury Instructions**: **At least ten (10) days before trial**, file written request for instructions and forms of verdicts reserving the right to submit requests for additional or modified instructions in light of the opposing party's requests for instructions. (Each request must be supported by at least one pertinent citation.)

7. **Trial Brief**: **At least seven (7) days before trial**, file a trial brief stating the legal and factual issues and authorities relied on and discussing any anticipated substantive or procedural problems.

8. **Final Pretrial Conference:** A final pretrial conference is scheduled for **Thursday, November 4, 2027, at 1:30 P.M.** in Courtroom 3 North.

Dated this December 31, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE