**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| ANGEL JOEL GUSMAN NEGRON, *et al.*, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ASCENSION HEALTH, ASCENISION HEALTH ALLIANCE, ASCENSION HEALTH – IS INC. D/B/A ASCENSION TECHNOLOGIES,<br><br>    Defendants. | Civil Action No. 4:24-cv-00669 |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT
TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

COMES NOW, LEAH WILLIS, by and through her undersigned counsel of record, hereby voluntarily dismisses her individual claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This voluntary dismissal does not alter or affect the pendency of the claims of any other Plaintiffs in this litigation. As of this date, no motion for class certification has been filed, and no class has been certified in this action. Defendants consent to Plaintiff Willis' voluntary dismissal. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules. As to Ms. Willis' claims, each side agrees to bear its own costs and fees.

Dated: April 3, 2026                    Respectfully Submitted,

By:    /s/  *Norman E. Siegel*
       Norman E. Siegel #44378
       STUEVE SIEGEL HANSON LLP
       460 Nichols Road, Suite 200
       Kansas City, Missouri 64112
       Tel: 816-714-7100
       siegel@stuevesiegel.com

1

J. Gerard Stranch, IV
STRANCH JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel: 615-254-8801
gstranch@stranchlaw.com

*Interim Co-Lead Counsel*

2

By:  /s/  *Colleen A. Kinsey*
Maureen Bryan #49454
Colleen A. Kinsey #71972
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Tel: 314-621-5070
mbryan@atllp.com
ckinsey@atllp.com

Martin L. Roth (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Tel: 312-862-7170
rothm@kirkland.com

Devin S. Anderson (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, Utah 84111
Tel: 801-877-8115
devin.anderson@kirkland.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on April 3, 2026, upon all counsel of record via the

Court's Electronic Case Filing system.

/s/ *Norman E. Siegel*

3