**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

|  |  |
|---|---|
| ANGEL JOEL GUSMAN NEGRON, *et al.*, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ASCENSION HEALTH, ASCENISION HEALTH ALLIANCE, ASCENSION HEALTH – IS INC. D/B/A ASCENSION TECHNOLOGIES,<br><br>    Defendants. | Civil Action No. 4:24-cv-00669 |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

COMES NOW, ALMA SUE CROFT, by and through her undersigned counsel of record, hereby voluntarily dismisses her individual claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This voluntary dismissal does not alter or affect the pendency of the claims of any other Plaintiffs in this litigation. As of this date, no motion for class certification has been filed, and no class has been certified in this action. Defendants consent to Plaintiff Croft's voluntary dismissal. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules. As to Ms. Croft's claims, each side agrees to bear its own costs and fees.

Dated: April 20, 2026                           Respectfully Submitted,

                                   By:    /s/  *Norman E. Siegel*
                                           Norman E. Siegel #44378
                                           STUEVE SIEGEL HANSON LLP
                                           460 Nichols Road, Suite 200
                                           Kansas City, Missouri 64112
                                           Tel: 816-714-7100
                                           siegel@stuevesiegel.com

1

J. Gerard Stranch, IV
STRANCH JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel: 615-254-8801
gstranch@stranchlaw.com

*Interim Co-Lead Counsel*

2

By:   /s/  *Colleen A. Kinsey*
      Maureen Bryan #49454
      Colleen A. Kinsey #71972
      ARMSTRONG TEASDALE LLP
      7700 Forsyth Blvd., Suite 1800
      St. Louis, Missouri 63105
      Tel: 314-621-5070
      mbryan@atllp.com
      ckinsey@atllp.com

      Martin L. Roth (admitted *pro hac vice*)
      KIRKLAND & ELLIS LLP
      333 West Wolf Point Plaza
      Chicago, Illinois 60654
      Tel: 312-862-7170
      rothm@kirkland.com

      Devin S. Anderson (admitted *pro hac vice*)
      KIRKLAND & ELLIS LLP
      95 South State Street
      Salt Lake City, Utah 84111
      Tel: 801-877-8115
      devin.anderson@kirkland.com

      *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on April 20, 2026, upon all counsel of record via the

Court's Electronic Case Filing system.

/s/ *Norman E. Siegel*

3