IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ANGEL JOEL GUSMAN NEGRON,          )
COURTNEY SUSANNE BROWN,             )
VIKESHA ANDREALL EXFORD,            )
CHERYL RENEE HAYES, LINDA SUE       )
DUNN, CHRISTINA MARIE               )
MCCLELLAN, JILL RADLEY, MATTIE      )
RETHA BOYDEN, DONALD WAYNE          )
PITCHERS JUNIOR, GEORGE             )
GOUNARIS, MICHAEL DARRYL            )
CUNNINGHAM, WILLIAM COTON,          )
JENNIFER BUTLER, and TRAVIS         )    Cause No:  4:24-cv-00669-JAR
BUTLER, individually and on behalf of all  )
others similarly situated,          )
                                    )
            Plaintiffs,             )
                                    )
vs.                                 )
                                    )
ASCENSION HEALTH, ASCENSION         )
HEALTH ALLIANCE, ASCENSION          )
HEALTH - IS INC. D/B/A ASCENSION    )
TECHNOLOGIES,                       )
                                    )
            Defendants.             )

## CONSENT MOTION TO EXTEND CASE SCHEDULE

Plaintiffs and Defendants ("Parties") jointly move to extend the deadlines in the above-captioned litigation.  In support of this Motion, the Parties state:

1.      The Parties have been engaging in good-faith negotiations on the scope and timing of discovery in this action.

2.      As part of those negotiations and to ensure the Parties can meet their obligations, the Parties have agreed to certain schedule extensions.

3.      The current deadline for the substantial completion of document production is May 22, 2026.  Dkt. No. 84.

4.     The Parties have agreed to extend the deadline three months, with the new substantial completion of document production deadline of **August 24, 2026**.

5.     To accommodate this change to the case schedule, the Parties jointly request that all other deadlines in the Case Management Order, Dkt. No. 84, be similarly extended.  The Parties request the following deadlines:

a.     Fact discovery shall be completed by **October 23, 2026**.

b.     Plaintiffs shall disclose all expert witnesses and provide reports and summaries required by Fed. R. Civ. P. 26(a)(2)(B) and (C) by **January 6, 2027**, and Defendants shall disclose all expert witnesses and provide corresponding reports and summaries by **February 24, 2027**. Plaintiffs shall disclose any rebuttal experts and provide corresponding reports and summaries by **March 31, 2027**.

c.     Plaintiffs' motion for class certification shall be filed by **January 6, 2027**. Defendants' response shall be filed by **February 24, 2027**.  Plaintiffs' reply shall be filed by **March 31, 2027**.

d.     Expert discovery shall be concluded by **April 26, 2027**.

6.     Plaintiffs William Coton, Jennifer Butler, and Travis Butler will serve their initial disclosures by **June 5, 2026**.

7.     The Parties respectfully request that the Court reschedule dates for the pretrial conference and trial consistent with the above-contemplated schedule.

8.     These extensions will facilitate the efficient litigation of this action.

9.     These extensions also allow for the coordination of discovery concerning the claims of the later-added Coton and Butler Plaintiffs, further enhancing the efficiency of discovery in this matter.

WHEREFORE, Plaintiffs and Defendants seek an Order from this Court extending the case schedule consistent with the deadlines proposed above and for such other and further relief as the Court deems just and proper.

Dated: May 21, 2026

Respectfully Submitted,

By:  */s/Maureen Bryan*

Maureen Bryan                              #49454
Colleen A. Kinsey                          #71972
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Tel:  314.621.5070
mbryan@atllp.com
ckinsey@atllp.com
E-serveBTC@atllp.com

Martin L. Roth (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel:  1.312.862.7170
rothm@kirkland.com

Devin S. Anderson (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, UT 84111
Tel: 1.801.877.8115
devin.anderson@kirkland.com

COUNSEL FOR DEFENDANTS
ASCENSION HEALTH, ASCENSION
HEALTH ALLIANCE, AND ASCENSION
HEALTH - IS, INC. D/B/A ASCENSION
TECHNOLOGIES

By:  */s/Norman E. Siegel*

Norman E. Siegel #44378
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
siegel@stuevesiegel.com

J. Gerard Stranch, IV (*pro hac vice*)
STRANCH JENNINGS &
GARVEY, PLLC

3

223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel: 615-254-8801
gstranch@stranchlaw.com

*INTERIM CO-LEAD COUNSEL*

4