**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANGEL JOEL GUSMAN NEGRON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-CV-00669-JAR |
| | ) | |
| ASCENSION HEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AMENDING CASE MANAGEMENT ORDER**

This matter is before the Court on the parties' joint motion to amend the case management order. For good cause shown,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** (Doc. 103) and the following schedule shall apply:

1. **Discovery**:

    a.   Plaintiffs Coton and Butler shall serve all initial disclosures required by Fed. R. Civ. P. 26(a)(1) by **June 5, 2026**.

    b.   Document production shall be substantially completed by **August 24, 2026**.

    c.   All fact discovery shall be completed by **October 23, 2026**.

    d.   Plaintiffs shall disclose all expert witnesses and provide corresponding reports and summaries required by Fed. R. Civ. P. 26(a)(2)(B) and (C) **by January 6, 2027**.

    e.   Defendants shall disclose all expert witnesses and provide corresponding reports and summaries by **February 24, 2027**.

    f.    Plaintiffs shall disclose any rebuttal experts and provide corresponding reports and summaries by **March 31, 2027**.

    g.   Expert discovery shall be concluded by **April 26, 2027**.

    h.   Any motion to compel shall be pursued in a diligent and timely manner.

2. **Class Certification**: Plaintiffs' motion for class certification shall be filed by **January 6, 2027**.  Defendants' response shall be filed by **February 24, 2027**. Plaintiffs' reply shall be filed by **March 24, 2027**.

3. **Dispositive Motions**: Motions for summary judgment shall be filed within **thirty (30) days** following the Court's order on class certification. Responses shall be filed within **thirty (30) days** thereafter. Replies shall be filed within **twenty (20) days** after the response.

4. **Trial**: The trial date is **RESET** to **March 13, 2028**.  The pre-trial conference is **RESET** to **March 9, 2028 at 1:30 p.m**.

5. The Court's previous case management order (Doc. 84) shall remain in effect except as modified herein.

Dated this May 28, 2026.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE