**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| ANGEL JOEL GUSMAN NEGRON, et al., individually and on behalf of others similarly situated, | ) | |
| Plaintiffs, | ) | Civil Action No. 4:24-cv-00669 |
| v. | ) | |
| ASCENSION HEALTH, ASCENISION HEALTH ALLIANCE, ASCENSION HEALTH – IS INC. D/B/A ASCENSION TECHNOLOGIES, | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

COME NOW, WILLIAM COTON, JENNIFER BUTLER, TRAVIS BUTLER, AND CHRISTINA MARIE MCCLELLAN, by and through their undersigned counsel of record, hereby voluntarily dismisses their individual claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This voluntary dismissal does not alter or affect the pendency of the claims of any other Plaintiffs in this litigation. As of this date, no motion for class certification has been filed, and no class has been certified in this action. Defendants consent to Plaintiffs William Coton, Jennifer Butler, Travis Butler, and Christina Marie McClellan's voluntary dismissals. Therefore, class notice and court approval of this dismissal are not required under the Federal Rules. As to William Coton, Jennifer Butler, Travis Butler, and Christina Marie McClellan's claims, each side agrees to bear its own costs and fees.

Dated: September 10, 2026

Respectfully Submitted,

By: /s/ *Norman E. Siegel*
Norman E. Siegel #44378
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
siegel@stuevesiegel.com

J. Gerard Stranch, IV
STRANCH JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel: 615-254-8801
gstranch@stranchlaw.com

*Interim Co-Lead Counsel*

By: /s/ *Maureen Bryan*
Maureen Bryan #49454
Colleen A. Kinsey #71972
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Tel: 314.621.5070
mbryan@atllp.com
ckinsey@atllp.com

Martin L. Roth (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312.862.7170
rothm@kirkland.com

Devin S. Anderson (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, UT 84111
Tel: 801.877.8115
devin.anderson@kirkland.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on September 10, 2026, upon all counsel of record via the Court’s Electronic Case Filing system.

/s/ *Norman E. Siegel*