IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANGEL JOEL GUSMAN NEGRON, COURTNEY SUSANNE BROWN, VIKESHA ANDREALL EXFORD, CHERYL RENEE HAYES, LINDA SUE DUNN, CHRISTINA MARIE MCCLELLAN, JILL RADLEY, MATTIE RETHA BOYDEN, DONALD WAYNE PITCHERS JUNIOR, GEORGE GOUNARIS, MICHAEL DARRYL CUNNINGHAM, WILLIAM COTON, JENNIFER BUTLER, and TRAVIS BUTLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ASCENSION HEALTH, ASCENSION HEALTH ALLIANCE, and ASCENSION HEALTH - IS, INC. D/B/A ASCENSION TECHNOLOGIES,<br><br>Defendants. | Case No: 4:24-cv-00669-JAR |

**JOINT STATUS REPORT**

In accordance with the Court's August 20, 2026, Order, ECF 119, Plaintiffs and Defendants Ascension Health, Ascension Health Alliance, and Ascension Health - IS, Inc. ("Ascension," and collectively "Parties") submit this Joint Status Report.

1. Within an hour of the Court issuing its August 20 Order, Plaintiffs state that they began the process of identifying and contacting vendors to inform the Parties' forensic examination protocol negotiations.

2. On August 25, 2026, Ascension circulated to Plaintiffs its proposed forensic examination protocol.

3. On September 2, 2026, the Parties met and conferred regarding Ascension's proposed forensic examination protocol and Plaintiffs' proposed revisions.

4. On September 9, 2026, Plaintiffs sent Ascension a draft of its proposed revisions, and Ascension informed Plaintiffs that it would agree to some but not all of Plaintiffs' revisions and sent Plaintiffs correspondence regarding edits it did not agree to.

5. The Parties are continuing to meet and confer on these technical issues and ask the Court permit them to file a status report with either one joint or two competing forensic examination protocols over by September 21, 2026.

Dated: September 10, 2026

By: */s/ Maureen Bryan*
Maureen Bryan #49454
Colleen A. Kinsey #71972
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
Tel: 314.621.5070
mbryan@atllp.com
ckinsey@atllp.com

Martin L. Roth (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Tel: 312.862.7170
rothm@kirkland.com

Devin S. Anderson (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, UT 84111
Tel: 801.877.8115
devin.anderson@kirkland.com

*Counsel for Defendants Ascension Health, Ascension Health Alliance, and Ascension Health - IS, Inc. d/b/a Ascension Technologies*

By: /s/ Norman E. Siegel
Norman E. Siegel #44378
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
siegel@stuevesiegel.com

J. Gerard Stranch, IV
STRANCH JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel: 615-254-8801
gstranch@stranchlaw.com

*Interim Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 10, 2026, a true and correct copy of the foregoing was filed via the Court's electronic filing system and served upon all counsel of record.

*/s/ Maureen Bryan*