# EXHIBIT 1

PLAINTIFFS' PROPOSED SCHEDULE

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | October 23, 2026 | December 4, 2026 |
| Plaintiffs shall disclose all expert witnesses and provide corresponding reports and summaries required by Fed. R. Civ. P. 26(a)(2)(B) and (C) | January 6, 2027 | February 17, 2027 |
| Plaintiffs' motion for class certification shall be filed | January 6, 2027 | February 17, 2027 |
| Defendants shall disclose all expert witnesses and provide corresponding reports and summaries | February 24, 2027 | April 7, 2027 |
| Defendants' Response to Class Certification | February 24, 2027 | April 7, 2027 |
| Plaintiffs' Reply on Class Certification | March 24, 2027 | May 5, 2027 |
| Plaintiffs shall disclose any rebuttal experts and provide corresponding reports and summaries by | March 31, 2027 | May 12, 2027 |
| Close of Expert Discovery | April 26, 2027 | June 7, 2027 |
| Pre-Trial Conference | March 9, 2028 at 1:30 p.m. | |
| Trial | March 13, 2028 | |