**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| ANGEL J. NEGRON, individually, and on behalf of all others similarly situated, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:24-CV-669-JAR |
| ASCENSION HEALTH, | ) | |
| Defendant. | ) | |

**DECLARATION OF TANNER J. EDWARDS IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND CASE SCHEDULE**

I, Tanner J. Edwards, declare as follows:

1. I am an attorney with Stueve Siegel Hanson LLP, working on this matter.

2. I make this declaration in support of Plaintiffs' Motion to Amend Case Schedule on my own personal knowledge and after communicating with other attorneys working on this matter.

3. Plaintiffs first served Requests for Production in the *Negron* matter on February 6, 2026.

4. After receiving Ascension's responses, Plaintiffs met and conferred with Ascension on at least four occasions, exchanged at least four formal discovery letters and innumerable email correspondence concerning the scope and timing of Ascension's productions.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 19, 2026

Tanner J. Edwards