**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANGEL JOEL GUSMAN NEGRON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:24-cv-00669-JAR |
| vs. | ) | |
| | ) | |
| ASCENSION HEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the current discovery deadline of October 23, 2026, is **STAYED** pending resolution of Plaintiffs' motion to amend the case management schedule. (Doc. 168).

**IT IS FURTHER ORDERED** that Defendants shall respond to the motion by this **Friday, October 23, 2026**. Any reply shall be filed by **Tuesday, October 27, 2026**.

Dated this 20st day of October 2026.

John A. Ross

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE