# Exhibit A

# KIRKLAND & ELLIS LLP

Martin L. Roth
To Call Writer Directly:
+1 312 862 7170
rothm@kirkland.com

333 West Wolf Point Plaza
Chicago, IL 60654
United States
+1 312 862 2000

www.kirkland.com

Mobile:
+1 312 523 9054

March 20, 2026

**By Email** **CONFIDENTIAL**

Norman E. Siegel
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
siegel@stuevesiegel.com

J. Gerard Stranch, IV
Stranch Jennings & Garvey PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
gstranch@stranchlaw.com

Re: *Negron v. Ascension Health*, *et al.*, Case No. 4:24-CV-00669-JAR (“*Negron*”)

Dear Counsel:

I write to inform you of Defendants Ascension Health, Ascension Health Alliance, and Ascension Health - IS, Inc.’s (“Ascension”) discovery plan for this litigation.

Based on Ascension’s due diligence into the custodians and other sources most likely to have responsive information relevant to the claims and defenses in this case, Ascension’s collection of documents and electronically stored information includes the custodians listed below. These individuals have knowledge concerning the May 2024 ransomware attack against Ascension and the topics covered in plaintiffs’ discovery requests, including Ascension’s cybersecurity practices, monitoring, incident response procedures, cyber risk assessments, and/or the budgeting and finance of Ascension’s cybersecurity programs.

| Custodian Name | Title |
|---|---|
| Jeff Bontsas | Former Chief Information Security Officer and VP of Information Technology, Ascension Technologies |
| Jason Campbell | VP of Finance Operations, Ascension Technologies |
| Todd Gray | Former Senior Cyber Security Director, IT Security, Ascension Technologies |
| Eddie Kilgore | Cyber Security Director, Ascension Technologies |
| Jeremy Lock | Deputy Chief Information Security Officer-Cybersecurity, Ascension Technologies |
| Gagan Singh | SVP and Chief Information Officer, Ascension Technologies |

Ascension has also collected electronically stored information and conducted targeted searches from and within the following non-custodial sources that Ascension has identified as potentially containing data related to the incident:

1. REDACTED
2. REDACTED
3. REDACTED
4. REDACTED
5. REDACTED
6. REDACTED

Ascension used search terms to filter and locate for review potentially relevant, non-privileged information regarding the May 2024 ransomware attack and Ascension's response to that incident. These terms are consistent with plaintiffs' Requests for Production and Ascension's Responses and Objections to those requests. Ascension identified and revised these terms and identified them as reasonably tailored to lead to the discovery of documents relevant to the claims and defenses at issue. Accordingly, Ascension will apply the below search terms to the aforementioned custodial and non-custodial sources in connection with its review.

1. REDACTED
2. REDACTED
3. REDACTED
4. REDACTED
5. REDACTED
6. REDACTED
7. REDACTED
8. REDACTED
9. REDACTED
10. REDACTED
11. REDACTED

12. REDACTED

13. REDACTED

14. REDACTED

15. REDACTED

16. REDACTED

17. REDACTED

18. REDACTED

19. REDACTED

Ascension will review documents, including family members, from the identified custodial and non-custodial sources that hit on one or more of the above search terms and that are dated between January 1, 2024, and December 31, 2024. This period captures documents and electronically stored information from the time period preceding the ransomware attack on Ascension, through the incident itself, and continuing through the breach notification period. This range is reasonably tailored to lead to the discovery of documents relevant to the claims and defenses at issue.

Ascension will make monthly rolling productions, beginning on or before March 30, 2026. Ascension will provide a corresponding privilege log for documents withheld on the basis of privilege consistent with the Federal Rules of Civil Procedure and will modify this schedule consistent with any further agreements reached by the Parties in a future ESI Protocol.

This discovery plan is proportionate to the needs of this case and will yield documents and electronically stored information responsive to plaintiffs' discovery requests and the claims and defenses at issue.

Mindful of the forthcoming Court-ordered substantial completion and fact discovery deadlines, Ascension will execute the plan set forth above. Please let us know your availability to meet and confer regarding this plan. Ascension reserves all rights.

Sincerely,

*/s/ Martin L. Roth*
Martin L. Roth

cc: Devin Anderson (devin.anderson@kirkland.com)
Michael Kenstowicz (michael.kenstowicz@kirkland.com)
Shirley Chan (shirley.chan@kirkland.com)
Nima Adabi (nima.adabi@kirkland.com)
Libby Marden (libby.marden@kirkland.com)
Xavier Jarron Avery (xavier.avery@kirkland.com)
Ariel Deitchman (ariel.deitchman@kirkland.com)
Colleen Kinsey (CKinsey@atllp.com)
Maureen Bryan (mbryan@atllp.com)
Halle L. Dimar (HDimar@atllp.com)