**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANGEL JOEL GUSMAN NEGRON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:24-cv-00669-JAR |
| vs. | ) | |
| | ) | |
| ASCENSION HEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At the request of counsel for the parties (Doc. 186),

**IT IS HEREBY ORDERED** that a teleconference with counsel is set for **Monday, November 23, 2026, at 2:00 p.m**. Dial-in information will be sent to counsel via email.

Dated this 20th day of November 2026.

John A. Ross
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE